IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **DEMARIO L. ROBERTSON,** | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. 7:20-cv-00107-M-BP |
| **STATES and WICHITA FALLS POLICE DEPARTMENT,** | § § § § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the Motion (ECF No. 28) filed on June 18, 2021 is **DENIED**.

**SO ORDERED** this 4th day of January, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE